1

2

3

4

5

6

7

8

9          **UNITED STATES DISTRICT COURT**

10    **CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION**

11

12  CODY AUSTIN BISSET,              )    Case No. ED CV 14-00847-AS
                                     )
13              Plaintiff,           )    **JUDGMENT**
                                     )
14        v.                         )
                                     )
15  CAROLYN W. COLVIN,               )
    Acting Commissioner of the       )
16  Social Security Administration,  )
                                     )
17              Defendant.           )
    _____ )
18

19        IT IS ADJUDGED that this action is DISMISSED with prejudice.

20

21  Dated: September 9, 2015.

22

23                              _____/S/_____
                                      ALKA SAGAR
24                         UNITED STATES MAGISTRATE JUDGE

25

26

27

28